# United States District Court

DISTRICT OF _____

Massachusetts

FILED
IN CLERKS OFFICE

2004 JAN 16 A 11:09

## SUMMONS IN A CIVIL CASE

Robert Mercier

V.

CSX Transportation

CASE NUMBER: (US DISTRICT COURT DISTRICT OF MASS)

**03    12611    JLT**

TO: (Name and address of defendant)

CSX Transportation
116 Pleasant Street
Easthampton, MA 01027

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Adam D. Wilf, Esq.
Barish Law Offices
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within ____ **20** ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE    DEC 25 2003    DEC 29 2003

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me¹ | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618

*Hampshire, ss.*

I hereby certify and return that on 1/10/2004 at 02:30 pm I served a true and attested copy of the SUMMONS January 12, 2004
& COMPLAINT in this action in the following manner: To wit, by delivering in hand to REBECCA SAVOIE,
ASST CLAIMS MANAGER, CSX TRANSPORTATION, INC. at 116 PLEASANT STREET, GENERAL
CLAIMS DEPT. ROOM 3314-B EASTHAMPTON, MA 01027.. In the service hereof, it was necessary and I
actually used a motor vehicle 12 miles.  BASIC SERVICE ($50.00) Total Charges $50.00

Deputy Sheriff GEORGE SYMBORSKI

*George C Symborski*

*Deputy Sheriff*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              *Date*

_____
*Signature of Server*

_____
*Address of Server*

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.