UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. MERCIER,
    Plaintiff,

v.

CSX TRANSPORTATION, INC.,
    Defendant.

Case Number: 03 12611 JLT

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

    This is to certify that the defendant, CSX Transportation, Inc. ("CSX"), and its counsel, Flynn & Associates, P.C., have conferred to establish a budget for the full litigation of the above-captioned matter, as well as a budget for various alternatives.

    CSX and Flynn & Associates, P.C. have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR, or full litigation.

Respectfully submitted,
CSX TRANSPORTATION, INC.,
by its attorneys,

_____
Michael B. Flynn    BBO #559023
Richard A. Davidson, Jr.    BBO #552988
FLYNN & ASSOCIATES, P.C.
189 State Street
Sixth Floor
Boston, MA 02109
(617) 722-8253

On behalf of CSX Transportation, Inc.

_____
Rebecca E. Savoie
Asst. Claims Manager
General Claims Department

Dated: January 28, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing pleading on all parties by hand/mail delivering same, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED _____
            2/4/04