UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Mercier  <br>    Plaintiff | Civil Action |
| V. | No. 03-12611-JLT |
| CSX Transportation, Inc.  <br>    Defendant | |

**O R D E R**

Tauro, D.J.

Pursuant to the provisions of Rule 40.1(d) of the Local Rules, the above-entitled case is hereby transferred to the Springfield session of this court for all further proceedings.

By The Court,

/s/ Kimberly M. Abaid
Deputy Clerk

Date: March 17, 2004

Copies to:        Counsel, Operations Manager

(03-12611 Transfer - 7/99)                                            [divtranout.]