UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. MERCIER,
         Plaintiff,

v.

CSX TRANSPORTATION, INC.,
         Defendant.

Case Number: 03 12611 MAP

## JOINT SCHEDULING STATEMENT

The parties, in the above-captioned action, submit the following joint scheduling statement pursuant to the provisions of Fed. R. Civ. P. 16(b) and L. R. 16.1. An initial scheduling conference will be held at 10:30 a.m. on May 13, 2004.

### I. Obligation of Counsel to Confer:

Counsel for the parties have conferred in accordance with the provisions of L. R. 16.1. The Plaintiff has not yet completed the discovery mandated by L. R. 26.2(A), but will complete same by May 20, 2004. The defendant has previously completed it automatic discovery. Counsel have agreed to explore the possibilities of alternative dispute resolution upon the completion of discovery.

Counsel also certify that they have conferred with their respective clients concerning those matters mentioned in L. R. 16.1(D)(3) prior to the scheduling conference and have submitted certifications signed by counsel and authorized representatives of each party.

### II.    Proposed Joint Discovery Plan:

This case arises out of an incident that allegedly occurred in North Grafton, MA, in the early morning hours of May 20, 2003, when the plaintiff, who was the conductor on locomotive

CSX 5105 that was on the head-end of train Q11920 which was stopped on the mainline in North Grafton, MA early on the morning of May 20, 2003, attempted to adjust his seat, while sitting in the seat, at which time he was caused to propel backward allegedly hyper-extending his back and causing injury. The parties propose, pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1(F), the following discovery schedule:

### A. Phase one:

1. The Plaintiff will complete the discovery mandated by Local Rules 26.2(A) and 35.1 on or before May 20, 2004.

2. Motions to amend and/or supplement the pleadings, including motions to add parties, no later than June 13, 2004.

3. All written discovery to be completed by August 2, 2004.

4. All non-expert depositions to be completed by October 29, 2004.

### B. Phase two:

1. The plaintiffs shall designate their trial experts and shall disclose the information contemplated by Fed. R. Civ. P. 26(a)(2)(B) by November 30, 2004.

2. The defendants shall designate their trial experts and shall disclose the information contemplated by Fed. R. Civ. P. 26(a)(2)(B) by January 14, 2005.

3. All expert depositions to be completed by February 28, 2005.

4. All discovery to be completed by March 4, 2005.

### III. Filing of Motions:

1. All dispositive motions and/or motions for summary judgment to be filed by March 31, 2005.

2. A final pre trial conference will be held on or before May 10, 2005.

IV. **Agenda of Matters To Be Discussed:**

The parties have conferred in compliance with L. R. 16.1(B)(1) and prepared the following proposed agenda of matters to be discussed at the Initial Scheduling Conference:

1. The identification of principal issues in contention and issues of fact and law not reasonably in dispute.

2. The parties' joint discovery plan.

3. The status of settlement discussions.

4. The parties' willingness to consent to trial by magistrate judge.

Respectfully submitted,
The plaintiff:
ROBERT F. MERCIER,
by his attorneys,

*Samuel J. Rosenthal*
Samuel J. Rosenthal
Barish Law Offices, P.C.
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
(215) 923-8900

The defendant:
CSX TRANSPORTATION, INC.
by its attorneys,

*Michael B. Flynn*
Michael B. Flynn    BBO# 559023
Richard A. Davidson, Jr.   BBO# 552988
FLYNN & ASSOCIATES, PC
189 State Street, Sixth Floor
Boston, MA 02109
(617) 722-8253

Dated: April 12, 2004

# FLYNN & ASSOCIATES, P. C.
## ATTORNEYS AT LAW

189 STATE STREET
SIXTH FLOOR
BOSTON, MASSACHUSETTS 02109
TELEPHONE (617) 722-8253
FACSIMILE (617) 722-8254
E-MAIL: flynnlaw@flynnassoc.com

MICHAEL B. FLYNN*
RICHARD A. DAVIDSON, JR.
LORI A. MCCARTHY⁺
JOHN E. YOUNG, IV
BETHANY M. MACHACEK

*also admitted in NY
⁺also admitted in CT

OF COUNSEL:
DURKIN, MCDONNELL, CLIFTON,
& O'DONNELL

DETROIT OFFICE:
PENOBSCOT BUILDING
645 GRISWOLD STREET
SUITE 3253
DETROIT, MICHIGAN 48226
TELEPHONE (313) 963-3033
FACSIMILE (313) 963-3011

April 12, 2004

Civil Clerk's Office
United States District Court
  for the District of Massachusetts
Western Section
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

RE:   ROBERT F. MERCIER v. CSX TRANSPORTATION, INC.
      U.S. District Court, C.A. No.: 03 12611 JLT

Dear Sir/Madam:

Enclosed please find for filing, in the above-captioned matter, the *Joint Scheduling Statement* pursuant to the notice previously issued by the court. Note, that a *Scheduling Conference* has been scheduled before Magistrate Neiman on May 13, 2004, at 10:30 a.m. concerning this matter.

If you have any questions, please call. Your time and attention to this filing is appreciated.

Sincerely,

Richard A. Davidson, Jr.

Encl.
cc:   Rebecca E. Savoie
      Michael B. Flynn, Esq.
      Samuel J. Rosenthal, Esq.