UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. MERCIER,
       Plaintiff,

v.

CSX TRANSPORTATION, INC.,
       Defendant.

Case Number: 03 12611 JLT

## NOTICE OF CHANGE OF ADDRESS

Michael B. Flynn, Esq., and Richard A. Davidson, Esq., Counsel for Defendant CSX Transportation, Inc., herewith give notice of change of address in this matter effective April 15, 2004.

**OLD ADDRESS:**
FLYNN & ASSOCIATES, P.C.
189 State Street
Sixth Floor
Boston, MA 02109
Telephone: (617)722-8253
Facsimile: (617)722-8254

**NEW ADDRESS:**
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
Telephone: (617)773-5500
Facsimile: (617)773-5510

Respectfully submitted,
Counsel for Defendant

_____
Michael B. Flynn, BBO# 559023
FLYNN & ASSOCIATES, P.C.
189 State Street, Sixth Floor
Boston, MA 02109
(617)722-8253

_____
Richard A. Davidson, Jr., BBO #552988
FLYNN & ASSOCIATES, P.C.
189 State Street, Sixth Floor
Boston, MA 02109
(617)722-8253

### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing pleading on all parties by hand/mail delivering same, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED _____
4/14/04