SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

| | | | |
|---|---|---|---|
| **ROBERT F. MERCIER,** | * | | |
| | * | | |
| Plaintiff | * | CIVIL ACTION | U.S. DISTRICT COURT DISTRICT OF MASS |
| | * | | |
| vs. | * | NO.03-12611MAP | |
| | * | | |
| | * | | |
| **CSX TRANSPORTATION, INC.** | * | FILING FEE PAID: | |
| | * | RECEIPT # 305592 | |
| Defendants | * | AMOUNT $ 50.00 | |
| | * | BY DPTY CLK MGL | |
| | | DATE 4/26/04 | |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Federal Rules of Civil Procedure, the undersigned respectfully moves for the admission of Samuel J. Rosenthal, Esquire, of the law firm of Barish Law Offices, P.C., Three Parkway, 13th Floor, 1601 Cherry Street, Suite 1320, Philadelphia, Pennsylvania 19102 (215-923-8900), for the purposes of appearing as co-counsel on behalf of Robert Mercier herein in the above referenced case only.

Samuel J. Rosenthal certifies herewith that he has studied the Federal Rules of Civil Procedure and the Massachusetts Local Rules and is a member in good standing with the Commonwealth of Pennsylvania, Supreme Court of New York and the Supreme Court of New Jersey, along with a Certification of Samuel J. Rosenthal in Support of this Motion to Appear *Pro Hac Vice*.

In further support of this motion, it is hereby designated that Mario Bozza is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of

*Motion Allowed by Court Ponsor (USDJ)*
*By Elizabeth [illegible]*
*4-23-04*

Mario Bozza, 63 Commercial Wharf, Boston, Massachusetts 02110 (617-367-3100), acts as local counsel in this matter on behalf of Robert Mercier.

### CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: 4/14/04

*Mario Bozza*
Mario Bozza, Esq.
Law Offices of Mario Bozza
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100

Executed under the penalty of perjury this 14th day of April, 2004.

Respectfully Submitted,

By: *Mario Bozza*
Mario Bozza, Esq.
Law Offices of Mario Bozza
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100