UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT F. MERCIER, | * |
| Plaintiff | * CIVIL ACTION |
| vs. | * NO.03-12611MAP |
| CSX TRANSPORTATION, INC. | * |
| Defendants | * |

CERIFICATION OF SAMUEL J. ROSENTAL
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Samuel J. Rosenthal, hereby certify that I am an associate at Barish Law Offices, P.C., pursuant to the Federal Rules of Civil Procedure and the Massachusetts Rules Local Rules, that I am an attorney in good standing and a member of the Bars of Pennsylvania and New Jersey. I do not engage in general practice of law in the State of Massachusetts nor do I intend to do so during the period of my special admission *pro hac vice* in this case. I certify that I will conduct myself according to all the applicable rules and laws in the State of Massachusetts governing the conduct of attorneys.

Dated: 4/13/04

_____
Samuel J. Rosenthal, Esq.
Barish Law Offices, P.C.
Three Parkway – 13th Floor
Philadelphia, PA 19102
(215) 923-8900


Sworn to and subscribed

Before me this 13th day

Of April, 2004

*Patricia Ann Civitillo*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Patricia Ann Civitillo, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires June 30, 2007
Member, Pennsylvania Association of Notaries

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

}

EASTERN DISTRICT OF PENNSYLVANIA

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That Samuel J. Rosenthal, Bar # 50081, was duly admitted to practice in said Court on December 2, 1987, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania          MICHAEL E. KUNZ
                                              Clerk of Court

on March 16, 2004.                     BY  *Janet M. Puderbach*
                                           Janet M. Puderbach, Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT F. MERCIER, | * |
| Plaintiff | * CIVIL ACTION |
| vs. | * NO.03-12611MAP |
| CSX TRANSPORTATION, INC. | * |
| Defendants | * |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via First Class US Mail to :

Michael B. Flynn, Esquire
Richard A. Davidson, Jr. Esquire
FLYNN & ASSOCIATES, PC
189 State Street, Sixth Floor
Boston, MA 02109

on this ___14th___ day of ___April___, 2004

_____
Mario Bozza, Esq.
Law Offices of Mario Bozza
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100