

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | | |
|---|---|---|
| ROBERT F. MERCIER, | * | |
| Plaintiff | * | CIVIL ACTION |
| vs. | * | NO. 03-12611MAP |
| CSX TRANSPORTATION, INC. | * | |
| Defendants | * | |

### CERTIFICATION

The plaintiff, Robert Mercier, and its counsel hereby certify that they have conferred:

(a) with a view toward establishing a budget for the costs of conducting this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as this outlined in Local Rule 16.4

By: _____
BARISH LAW OFFICES, P.C.
Samuel J. Rosenthal, Esquire
1601 Cherry Street, Suite 1320
Philadelphia, PA 19102

Of Counsel:

Mario Bozza, Esq.
BBO:# 052860
63 Commercial Wharf
Boston, MA 02110