UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ROBERT F. MERCIER,** | * | |
| | * | |
| Plaintiff | * | CIVIL ACTION |
| | * | |
| vs. | * | NO.03-12611MAP |
| | * | |
| **CSX TRANSPORTATION, INC.** | * | |
| | * | |
| **Defendants** | * | |

FILED
CLERK'S OFFICE
MAY -7 P 1:30
U.S. DISTRICT COURT
DISTRICT OF MASS

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

PLEASE note that Samuel J. Rosenthal, counsel for BARISH LAW OFFICES, P.C., enters his appearance on behalf of the plaintiff Robert F. Mercier.

                                        Respectfully submitted,
                                        Robert F. Mercier
                                        by his attorneys,

Dated: 5/5/04

                                        _____
                                        Samuel J. Rosenthal, Esq.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT F. MERCIER, | * |
| **Plaintiff** | * CIVIL ACTION |
| vs. | * NO.03-12611MAP |
| CSX TRANSPORTATION, INC. | * |
| **Defendants** | * |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance on Plaintiff's Behalf., was served by first class prepaid postage to:

Michael Flynn, Esq.
Richard A. Davidson, Jr., Esq.
Flynn & Associates, P.C.
189 State Street, 6th Floor
Boston, MA 02109

on this  5th  day of  May , 2004.

By: _____
Samuel J. Rosenthal, Esq.