# BARISH LAW OFFICES, P.C.
COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY



**VIA FAX: (413) 785-0204**

May 10, 2004

Bethany A. Healy, Deputy Clerk
United States District Court
District of Massachusetts
1550 Main Street
Springfield, MA 01103

    Re:    Robert F. Mercier v. CSX Transportation
            Civil Action No. 03-12611-MAP

Dear Ms. Healy:

    As we discussed on the telephone, an initial scheduling conference is to be held in the above-referenced case on May 13, 2004 at 10:30 a.m. before The Honorable Kenneth P. Neiman. Due to scheduling conflicts, however, neither local counsel nor either of the two trial attorneys from our office are able to attend this conference. Although no motion for admission *pro hac vice* has been filed on my behalf, I would be the only licensed attorney in the office available to participate in the Rule 16 Conference. I, however, have child care issues which would prevent me from traveling to the District Courthouse on the date scheduled. I would, therefore, respectfully request that the Honorable Court either permit me to participate in the conference via telephone or reschedule same for a date certain in the future.

    Thank you for your consideration and courtesy in this regard.

                                     Very truly yours,

                                     BARISH LAW OFFICES, P.C.

                                     STACEY E. BARISH

SEB:dje

  cc:    Michael B. Flynn, Esquire **Via Fax: (617) 722-8254**

THREE PARKWAY, SUITE 1320 • 1601 CHERRY STREET • PHILADELPHIA, PA 19102 • (215) 923-8900 • (800) 233-7101 • FAX (215) 351-0593