AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_Western_ DISTRICT OF _Massachusetts_

_Robert F. Mercier_

v

_CSX Transportation_

**APPEARANCE**

Case Number: 03-12611-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Robert F. Mercier._

| | |
|---|---|
| 5-25-04 | _William P. Hadley_ |
| Date | Signature |
| | William P. Hadley |
| | Print Name |
| | 1414 Main St. |
| | Address |
| | Springfield, Mass. 01144 |
| | City / State / Zip Code |
| | 413-733-3111 |
| | Phone Number |