UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. MERCIER,            )
        Plaintiff    )
                           )
v.                                         )        Civil Action No. 03-12611-MAP
                           )
                           )
CSX TRANSPORTATION, INC.,     )
        Defendant    )

SCHEDULING ORDER
May 28, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held May 27, 2004:

1. The parties shall complete their automatic disclosure by June 4, 2004.

2. All written discovery shall be completed by August 2, 2004.

3. Non-expert depositions shall be completed by October 29, 2004.

4. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by November 30, 2004.

5. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by January 14, 2005.

6. All expert depositions shall be completed by February 28, 2005.

7. Counsel shall appear for a case management conference on March 3, 2005 at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: May 28, 2004

                                                 /s/ Kenneth P. Neiman  
                                                 KENNETH P. NEIMAN  
                                                 U.S. Magistrate Judge