UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. MERCIER,
    Plaintiff

v.

CSX TRANSPORTATION, INC.,
    Defendant

Case Number: 03 12611 JLT

FILED
IN CLERKS OFFICE
2004 JUN 16 P 12: 44
U.S. DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF APPEARANCE

I, Ronald M. Davids of the law firm of Davids & Schlesinger, P.C. hereby enter my appearance as counsel for the plaintiff, Robert F. Mercier, in the above-captioned matter.

ROBERT F. MERCIER,

By His Attorneys,

DAVIDS & SCHLESINGER, P.C.

_____
Ronald M. Davids
40 Washington Street – Suite 250
Wellesley, MA 02481
(781) 416-5055
BBO No.: 115110

## CERTIFICATE OF SERVICE

I, Ronald M. Davids, hereby certify that a true copy of the within document was served upon the attorney of record for each party by mail on June 15, 2004.

_____
Ronald M. Davids