UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS



ROBERT F. MERCIER,
Plaintiff,

v.

CSX TRANSPORTATION COMPANY, and
NUCOR STEEL CORPORATION,
Defendants

C.A. No.:   03-12611-MAP

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Please withdraw my appearance as counsel for the Plaintiff, Robert F. Mercier, in the above-captioned action. The Plaintiff is to be represented by Rudolph V. De George II, Esq. and Ron Davids, Esquire with Mr. Davids serving as local counsel in Massachusetts, per Exhibit A attached hereto.

THE PLAINTIFF,
By:

Dated: June 21, 2004.

William P. Hadley, Esquire
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place,
1414 Main Street, Suite 1900
Springfield, MA 01144-1900
Telephone: (413) 733-3111
Facsimile: (413) 734-3910
B.B.O. #544442

229825-1

CERTIFICATE OF SERVICE

    I, William P. Hadley, do hereby certify that I have caused a copy of the foregoing to be served upon the parties by mailing same first class mail, postage pre-paid, to:

| | | |
|---|---|---|
| Michael B. Flynn, Esq.<br>Flynn & Associates, P.C.<br>400 Crown Colony Drive<br>Suite 200<br>Quincy, MA 02169<br>Tel (617) 773-5500<br>Fax (617) 773-5510<br>BBO# 559023 | Rudolph V. De George, II, Esq.<br>Barish Law Offices, P.C.<br>Three Parkway, Suite 1320<br>1601 Cherry Street<br>Philadelphia, PA 19102 | Ron Davids, Esq.<br>Davids & Schlesinger<br>40 Washington Street<br>Suite 250<br>Wellesley, MA 02481 |

Date: June 21, 2004.

_____
William P. Hadley, Esquire
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
1414 Main St.
Springfield, MA 01144-1900
Tel.: (413) 733-3111
Fax: (413) 734-3910
BBO # 544442

229825-1

UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT F. MERCIER,<br>    Plaintiff<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br>    Defendant | Case Number: 03 12611 JLT |

### NOTICE OF APPEARANCE

I, Ronald M. Davids of the law firm of Davids & Schlesinger, P.C. hereby enter my appearance as counsel for the plaintiff, Robert F. Mercier, in the above-captioned matter.

ROBERT F. MERCIER,

By His Attorneys,

DAVIDS & SCHLESINGER, P.C.

_____
Ronald M. Davids
40 Washington Street – Suite 250
Wellesley, MA 02481
(781) 416-5055
BBO No.: 115110

### CERTIFICATE OF SERVICE

I, Ronald M. Davids, hereby certify that a true copy of the within document was served upon the attorney of record for each party by mail on June 15, 2004.

_____
Ronald M. Davids