RECEIVED JUN 2 3 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUL -6 P 2:27
DISTRICT COURT
DISTRICT OF MASS

ROBERT F. MERCIER

    Plaintiff  : Case Number 03 12611 JLT

v.

CSX TRANSPORTATION, INC.

    Defendant

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

This is to certify that the Plaintiff, Robert Mercier, and his counsel, Barish Law Offices, P.C., have conferred as to the costs of litigation of the above-captioned matter.

Robert Mercier and Barish Law Offices, P.C., have further discussed the resolution of litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR, or full litigation.

Respectfully submitted,

BARISH LAW OFFICES, P.C.

By: _____
Samuel J. Rosenthal, Esquire
Attorney for Plaintiff Robert Mercier

By: _____
Robert Mercier, Plaintiff