UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED OFFICE
2004 SEP -7 P 4: 24
U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT F. MERCIER,
 Plaintiff    )
        )
v.        )  Case Number: 03 12611 JLT
        )
CSX TRANSPORTATION, INC.,
 Defendant

## ASSENTED TO MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The Plaintiff, Robert F. Mercier ("Plaintiff") moves hereby for an Order admitting

Rudolph V. De George, II to the bar of this honorable Court for the sole purpose of serving as

counsel in the preparation and trial of this matter.

In support of its motion, the Plaintiff states that Mr. De George is an attorney in the law

firm of Barish Law Offices, P.C., Three Parkway, Suite 1320, 1601 Cherry Street, Philadelphia,

Pennsylvania and is a member in good standing in the state and federal bars of Pennsylvania.

(See Affidavit of Mr. De George attached as Exhibit A). At all times Mr. De George will be

associated with and accompanied by Ronald M. Davids, a member in good standing of the Bar of

the Commonwealth of Massachusetts and the United States District Court for the District of

Massachusetts.

The Plaintiff states that he has chosen Mr. De George to represent him in this case, along

with Ronald M. Davids, because of his expertise in this field and because of his attorney-client

relationship with Barish Law Offices, P.C.

**Counsel for the defendant has assented to this motion.**

WHEREFORE, the Plaintiff requests that Rudolph V. De George, II be admitted *Pro Hac Vice* to the bar of this Court for the pretrial and trial of this matter.

September 3, 2004                    Respectfully submitted,

                                    ROBERT F. MERCIER,

                                    By His Attorneys,

                                    DAVIDS & SCHLESINGER, P.C.

                                    Ronald M. Davids
                                    40 Washington Street – Suite 250
                                    Wellesley, MA  02481
                                    (781) 416-5055
                                    BBO No.: 115110

## CERTIFICATE OF SERVICE

I, Ronald M. Davids, hereby certify that a true copy of the within document was served upon the attorney of record for each party by mail on September 3 ___, 2004.

                                    Ronald M. Davids

2