UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT F. MERCIER,<br>Plaintiff<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br>Defendant | Case Number: 03 12611 JLT |

## AFFIDAVIT OF RUDOLPH V. De GEORGE

Rudolph V. De George, II, being first duly sworn upon his oath, deposes and states as follows:

1. I am an associate at Barish Law Offices, P.C., Three Parkway, Suite 1320, 1601 Cherry Street, Philadelphia, Pennsylvania.

2. I have been admitted to practice law in the following jurisdictions and courts:
   a. Supreme Court of Pennsylvania
   b. Supreme Court of New Jersey
   c. U.S. District Court, Eastern District of Pennsylvania
   d. U.S. District Court for the District of New Jersey

3. I graduated from Dickinson School of Law in 1987. Since that time, I have done litigation work and participated in jury and non-jury trials.

4. I have never been held in contempt of court, censured, suspended or disbarred by any court.

5. I am familiar with the provisions of the Federal Rules of Civil Procedure, the Local Rules for the District of Massachusetts, the Federal Rules of Evidence, and all applicable ethical rules of conduct and professional responsibility. I intend to faithfully adhere to these rules and responsibilities.

_____
Rudolph V. De George

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF Phila

Then personally appeared before me the above-named Rudolph V. De George and acknowledged the foregoing to be his free act and deed this 3rd day of ~~July~~ August, 2004.

_____
NOTARY PUBLIC
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA A. NOON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 10, 2007

2