# BARISH LAW OFFICES, P.C.
#### COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY



**VIA FAX: 413-785-0204 & REGULAR MAIL**

February 28, 2005

The Honorable Kenneth P. Nieman,
United States Magistrate Judge
United States District Court
District of Massachusetts - Western Section
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

  Re: **Robert F. Mercier v. CSX Transportation, Inc.**
     **U.S. District Court, District of Massachusetts-Western Section**
     **Civil Action No.: 03-12611 MAP**

Dear Judge Nieman:

  As you are aware, I represent the Plaintiff in the above-captioned matter. Pursuant to the Scheduling Order of May 28, 2004, a case management conference is scheduled for March 3, 2005, at 10:30 a.m. in Courtroom 3.

  I have been informed, however, by the Plaintiff that he has received a "target" letter from the U.S. Attorneys' Office notifying him that he is under investigation regarding his receipt of Railroad Retirement Board Benefits resulting from injury which formed the basis of the Complaint in the matter presently pending before Your Honor. The results of this investigation, therefore, may have a direct bearing on the outcome of this civil case. Based on the foregoing circumstances, I would respectfully request that Your Honor stay the civil pending the outcome of this investigation.

THREE PARKWAY, SUITE 1320 • 1601 CHERRY STREET • PHILADELPHIA, PA 19102 • (215) 923-8900 • (800) 233-7101 • FAX (215) 351-0593

02/28/2005 MON 12:52  [TX/RX NO 9747]  ☒002

The Honorable Kenneth P. Nieman,
United States Magistrate Judge
Robert F. Mercier v. CSX Transportation
February 28, 2005

Page 2

       Thank you for your courtesies in this matter.

                           Respectfully,

                           BARISH LAW OFFICES, P.C.

                           RUDOLPH V. DE GEORGE, II

RVD:dje

cc:    Richard Davidson, Esquire **Via Fax:(617) 773-5510 & Regular Mail**