# FLYNN & ASSOCIATES, P.C.
ATTORNEYS AT LAW

MICHAEL B. FLYNN*
RICHARD A. DAVIDSON, JR.
LORI A. WIRKUS+
JOHN E. YOUNG, IV
BETHANY M. MACHACEK
   *also admitted in NY
   +also admitted in CT

OF COUNSEL:
   DURKIN, MCDONNELL,
   CLIFTON & O'DONNELL

400 CROWN COLONY DRIVE
SUITE 200
QUINCY, MASSACHUSETTS 02169
TELEPHONE (617) 773-5500
FACSIMILE (617) 773-5510
E-MAIL: *flynnlaw@flynnassoc.com*

BOSTON OFFICE:
160 STATE STREET
EIGHTH FLOOR
BOSTON, MA 02109
TEL: (617) 722-8253
FAX: (617) 722-8254

DETROIT OFFICE:
PENOBSCOT BUILDING
645 GRISWOLD STREET, SUITE 3253
DETROIT, MI 48226
TEL: (313) 963-3033
FAX: (313) 963-3011

February 28, 2005

The Honorable Kenneth P. Neiman
United States District Court
  for the District of Massachusetts
Western Section
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

RE:   ROBERT F. MERCIER v. CSX TRANSPORTATION, INC.
      U.S. District Court, C.A. No.: 03 12611 MAP

Dear Judge Neiman:

   Please be advised that we are in receipt of the plaintiff's letter/request that this Honorable Court stay the proceedings in this matter due to his receipt of a *Target Letter* from the U. S. Attorney's Office. The defendant, CSX Transportation, Inc. ("CSX"), respectfully requests that such request be denied. As grounds therefore, CSX states, upon information and belief, that the interest which the U.S. Attorney has with the plaintiff results from his conduct after the date of the alleged accident in this case when the plaintiff may have wrongfully obtained Railroad Retirement Board disability benefits.

   Also, the *Scheduling Order* entered by the court on May 24, 2004, has now expired as to activities except for the *Case Management Conference* scheduled for later in this week. This case, given the pending expiration of the present *Scheduling Order*, is ready to be assigned *Motion for Summary Judgment (*filing and hearing), *Final Pre-Trial Conference*, and *Trial* dates.

   Thank you for the consideration of CSX's position in this matter.

                                          Sincerely,

                                          /s/ Richard A. Davidson, Jr.

                                          Richard A. Davidson, Jr.

Pc:   Patrick C. Varcasia, Jr.
      Michael B. Flynn, Esq.
      Rudolph V. De George, II, Esq.