UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. MERCIER

        Plaintiff

v.

CSX TRANSPORTATION, INC.

        Defendant

Case Number: 03 12611 JLT

## NOTICE OF WITHDRAWAL AS COUNSEL

I hereby withdraw as counsel in the above-captioned matter.

LAW OFFICES OF MARIO BOZZA

By: _____
Mario Bozza, Esquire
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100