UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. MERCIER,            )
        Plaintiff       )
                        )
v.                            )   Civil Action No. 03-12611-MAP
                        )
                        )
CSX TRANSPORTATION COMPANY    )
and NUCOR STEEL CORP.,        )
        Defendants      )

SCHEDULING ORDER
March 4, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference on March 3, 2005:

1.    Defendants shall file their motion for summary judgment by April 18, 2005, or inform the court in writing by that date that no such motion will be filed.

2.    Plaintiff shall file his opposition to Defendants' motion, if any, by May 6, 2005, to which Defendants may reply by May 13, 2005.

3.    If no motion for summary judgment is filed, counsel shall appear for a pretrial conference before District Judge Michael A. Ponsor on May 19, 2005, at 2:30 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge