**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**ROBERT MERCIER**

**CASE NO.   03-12611- MAP**

**V.**

**CSX TRANSPORTATIO**

**NOTICE OF RESCHEDULING**

PLEASE TAKE NOTICE that the above-entitled case has been   RESET  for a

PRETRIAL CONFERENCE   on JUNE 6, 2005     at     3:00 P.M.        before

Michael A. Ponsor, U.S. D.J    In   Courtroom #   1   on the   5th   floor.

**SARAH THORNTON**
**CLERK OF COURT**

**MAY 12, 2005**

**By: /s/ Elizabeth A. French**

**Date**

**Deputy Clerk**

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]