# Exhibit "A1"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. MERCIER, :
:
        Plaintiff :
:
v. :
: Civil Action No. 03-12611-MAP
CSX TRANSPORTATION, INC., :
:
        Defendant :

PLAINTIFF'S PROPOSED VERDICT SHEET

1. Did the defendant, CSX Transportation, Inc., violate a statute or regulation?

    Yes _____   No _____

2. Did the defendant, CSX Transportation, Inc.'s violation of a statute or regulation play any part, even the slightest, in bringing about the injuries sustained by the plaintiff, Robert F. Mercier?

    Yes _____   No _____

3. Was the defendant, CSX Transportation, Inc., negligent?

    Yes _____   No _____

4. Did the negligence of defendant, CSX Transportation, Inc., play any part, even the slightest, in bringing about the injuries sustained by the plaintiff, Robert F. Mercier?

    Yes _____   No _____

5. Was the plaintiff, Robert F. Mercier, negligent?

    Yes _____   No _____

If your answer to Question 5 is "Yes," proceed to Question 6. If your answer to Question 5 is "No," do not answer Question 6. Proceed to Question 7.

6.  Was the negligence of the plaintiff a contributing factor in bringing about his own injuries?

Yes _____   No _____

If so, what percentage did the negligence of the plaintiff, Robert F. Mercier, contribute to his own injury?

_____%

Answer Question 6 only if you answered "Yes" to questions 4 and 5.

7.  State the amount of damages, if any, sustained by the plaintiff, Robert F. Mercier, as a result of the accident, without regard to, and without the reduction by, the percentage of causal negligence, if any, that you attributed to plaintiff, Robert F. Mercier, in each of the following categories:

(a) Loss of earnings or earning capacity from date of accident to present date

$_____

(b) Loss of life's pleasures, past and future

$_____

(c) Pain and suffering from date of accident to present date

$_____

BARISH LAW OFFICES, P.C.

By: _____
RUDOLPH V. DE GEORGE, II, ESQUIRE
ATTORNEY FOR PLAINTIFF
Barish Law Offices, P.C.
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA  19102
(215) 923-8900