# Exhibit "B1"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT F. MERCIER,<br>         Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br>         Defendant. | Case Number:  03 12611 MAP |

## DEFENDANT CSX TRANSPORTATION, INC.'S
## REQUEST FOR SPECIAL VERDICT QUESTIONS

The defendant, CSX Transportation, Inc.'s, requests that this Honorable Court submit the following proposed special verdict questions to the jury at the commencement of their deliberations.

                              Respectfully submitted,
                              CSX TRANSPORTATION, INC.,
                              by its attorneys,


/s/ Michael B. Flynn
Michael B. Flynn        BBO #559023
*mbflynn@flynnassoc.com*
Richard A. Davidson, Jr.    BBO #552988
*radavidsonjr@flynnassoc.com*
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA  02169
Tel:  (617) 773-5500
Fax:  (617) 773-5510

Dated:  May 26, 2005
\\Server1\data\F & A\CASE FILES\CSX PI\Mercier\Pleadings\Special Verdict Questions.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. MERCIER,
           Plaintiff,

v.

CSX TRANSPORTATION, INC.,
           Defendant.

Case Number: 03 12611 MAP

## DEFENDANT CSX TRANSPORTATION, INC.'S PROPOSED SPECIAL VERDICT QUESTIONS

1. Has the plaintiff proven by a preponderance of the evidence that he had an accident involving the conductor's seat on locomotive No. CSX 5105 on May 20, 2003?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

    - If you answered "yes," move on to question no. 2.
    - If you answered "no," return to the courtroom.

### FELA NEGLIGENCE

2. Has the plaintiff proven by a preponderance of the evidence that the defendant failed to provide a reasonably safe workplace with respect to the condition of locomotive No. CSX 5105 at the time of the plaintiff's accident?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

    - Move on to question no. 3.

### LOCOMOTIVE INSPECTION ACT

3. Has the plaintiff proven by a preponderance of the evidence that at the time of his accident locomotive No. CSX 5105 was not in proper condition and that it was unsafe to operate such that it posed an unnecessary danger of personal injury?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

    - If you answered "no" to both question no. 2 and 3, return to the courtroom.

    - If you answered "yes" to either question no. 2 or 3, move on to question no. 4.

4. Has the plaintiff proven by a preponderance of the evidence that his injuries were actually and proximately caused by:

   (a) The defendant's failure to provide a reasonably safe workplace? **(ONLY ANSWER IF YOU ANSWERED "YES" TO QUESTION NO. 2)**

   _____ Yes     _____ No

   ## OR

   (b) The locomotive being in improper condition and unsafe to operate such that it posed an unnecessary danger of personal injury? **(ONLY ANSWER IF YOU ANSWERED "YES" TO QUESTION NO. 3)**

   _____ Yes     _____ No

   · If you answered "yes" to either question no. 4a or 4b, move on to question no. 5.
   · If you answered "no" to both question no. 4a and 4b, return to the courtroom.
   · If you answered "no" to one of these questions and left the other blank, return to the courtroom.

   ### THE PLAINTIFF'S NEGLIGENCE

5. Has the defendant proven by a preponderance of the evidence that the plaintiff was negligent?

   _____ Yes     _____ No

   · If you answered "yes," move on to question no. 6.
   · If you answered "no," move on to question no. 8.

6. Has the defendant proven by a preponderance of the evidence that the plaintiff's injuries were actually and proximately caused by his own negligence?
   _____ Yes     _____ No

   · If you answered "yes," move on to question no. 7.
   · If you answered "no," move on to question no. 8.

7. What percentage of fault do you attribute to the plaintiff?     _____%

   · If you answered "100%," please return to the courtroom.
   · If you answered anything other than "100%," move on to question no. 8.

## DAMAGES

8.  What is the amount of money, reduced to present value, that fairly and reasonably compensates the plaintiff for his damages?

    $_____.

9.  Had the plaintiff been injured prior to May 20, 2003, or did he suffer from medical conditions which existed prior to    May 20, 2003?    _____ Yes    _____ No

    - If you answered "no", return to the courtroom.
    - If you answered "yes," move on to question no. 10.

10. Is the disability claimed by the plaintiff in this case due solely and completely to his pre-existing injury and/or medical condition?

    - If you answered "no," move on to question no. 11.
    - If you answered "yes," return to the courtroom

11. Were the plaintiff's pre-existing medical conditions aggravated by his May 20, 2003, accident?    _____ Yes    _____ No

    - If you answered "yes," move on to question no. 12.
    - If you answered "no," return to the courtroom.

12. What portion of the plaintiff's present condition resulted from the aggravation?
    _____%

RETURN TO THE COURTROOM

Respectfully submitted,
CSX TRANSPORTATION, INC.,
by its attorneys,


/s/ Michael B. Flynn
Michael B. Flynn            BBO #559023
mbflynn@flynnassoc.com
Richard A. Davidson, Jr.    BBO #552988
radavidsonjr@flynnassoc.com
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169
Tel: (617) 773-5500
Fax: (617) 773-5510

Dated: May 26, 2005