UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. MERCIER,
                Plaintiff,

      v.                           Case Number:  03 12611 JLT

CSX TRANSPORTATION, INC.,
                Defendant.

## DEFENDANT CSX TRANSPORTATION, INC.'S
## PROPOSED VOIR DIRE QUESTIONS

1. Have you, any member of your family, relatives or friends ever had a claim and/or lawsuit against CSX Transportation, Inc. ("CSX") or any other railroad corporation including but not limited to National Railroad Passenger Corporation, a.k.a AMTRAK, Massachusetts Bay Transportation Authority, a.k.a. MBTA, Massachusetts Bay Commuter Rail, a.k.a. MBCR, Boston & Maine Corporation, Springfield Terminal Railway Company, Consolidated Rail Corporation, a.k.a. Conrail, Penn Central Railroad, and/or the Providence and Worcester Railroad Company, a.k.a. PW?

2. Have you, any member of your family, relatives or friends ever worked for or been employed by CSX or any other railroad corporation to National Railroad Passenger Corporation, a.k.a AMTRAK, Massachusetts Bay Transportation Authority, a.k.a. MBTA, Massachusetts Bay Commuter Rail, a.k.a. MBCR, Boston & Maine Corporation, Springfield Terminal Railway Company, Consolidated Rail Corporation, a.k.a. Conrail,

        Penn Central Railroad, and/or the Providence and Worcester Railroad Company, a.k.a. PW?

3. Have you, any member of your family, relatives or friends ever been a member of the Brotherhood of Locomotive Engineers, United Transportation Workers' Union, or any other union which is involved with the railroad industry?

4. Have you, any member of your family, relatives or friends ever worked for or been employed by the Brotherhood of Locomotive Engineers, United Transportation Workers' Union, or any other union which is involved with the railroad industry?

5. Have you, any member of your family, relatives or friends ever been a member of any other union?

6. Have you, any member of your family, relatives or friends ever worked for or been employed by any other union?

7. If you answered "yes" to any of questions 1 through 6, will your experience affect your ability to render an impartial verdict in this case?

8. Do you have any preconceptions or prejudices against corporations which would affect your judgment in this case?

9. Do you feel that corporations should be obligated to pay damages to injured persons regardless of the existence, nature, extent and/or degree of fault and/or liability of the corporation?

10. Do you have any preconceptions or prejudices against railroad corporations which would affect your judgment in this case?

11. Do you feel that railroad corporations should be obligated to pay damages to injured persons regardless of the existence, nature, extent and/or degree of fault and/or liability of the railroad corporation?

12. Are you, any members of your family, relatives or friends receiving accident insurance benefits, social security benefits, state or federal benefits for disabilities, worker's compensation benefits, veterans' benefits, unemployment compensation insurance benefits, or early payment from any public or private pensions due to any disability or to your medical condition(s)?

13. Have you, any members of your family, relatives or friends ever received accident insurance benefits, social security benefits, state or federal benefits for disabilities, worker's compensation benefits, veterans' benefits, unemployment compensation insurance benefits, or early payment from any public or private pensions due to any disability or to your medical condition(s)?

14. Have you, any members of your family, relatives or friends ever suffered a physical disability or limitation or injury of any kind that affected the ability to work?

15. Have you, any members of your family, relatives or friends ever filed a claim for accident insurance benefits, social security benefits, state or federal benefits for disabilities, worker's compensation benefits, veterans' benefits, unemployment compensation insurance benefits, or early payment from any public or private pensions due to any disability or to a medical condition(s)?

16. If you answered "yes" to any of questions 12 through 16, will your experience affect your ability to render an impartial verdict in this case?

          Respectfully submitted,
          CSX TRANSPORTATION, INC.,
          by its attorneys,

          /s/ Michael B. Flynn
          Michael B. Flynn    BBO #559023
          *mbflynn@flynnassoc.com*
          Richard A. Davidson, Jr.    BBO #552988
          *radavidsonjr@flynnassoc.com*
          FLYNN & ASSOCIATES, P.C.
          400 Crown Colony Drive, Suite 200
          Quincy, MA 02169
          (617) 773-5500

Dated: May 26, 2005