```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

ROBERT F. MERCIER,
Plaintiff                    )
                             )
             v.              ) CIVIL ACTION NO. 03-12611-MAP
                             )
CSX TRANSPORTATION, INC.,    )
Defendant                    )

### FURTHER PRETRIAL SCHEDULING ORDER

June 7, 2005

PONSOR, D.J.

Counsel for both parties appeared before this court for a final pretrial conference on June 6, 2005. Based on counsel's representations, the court orders as follows:

1. Plaintiff's opposition to defendant's motions *in limine* will be filed on or before June 20, 2005.

2. On or before July 22, 2005, the plaintiff's attorney will file a status report on the following matters: (a) the status of the case regarding trial; (b) the status of discovery related to Dr. Striker; (c) the status of disclosure of Railroad Retirement Board records, and (d) the status of disclosure of plaintiff's 2003 and 2004 tax returns.

3. Trial in this matter will commence on November 7, 2005 at 10:00 a.m. Counsel will appear on that date at 9:00 a.m. for a brief conference prior to the selection of the jury. Trial will proceed until 1:00 p.m. the first day, and from 9:00 a.m. to 1:00 p.m. thereafter.

4. Motions *in limine*, proposed jury instructions and proposed *voir dire* questions have already been filed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge
