**BARISH ROSENTHAL**

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY

July 20, 2005

The Honorable Michael A. Ponsor
United States District Court
District of Massachusetts - Western Section
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

    RE:    *Robert F. Mercier v. CSX Transportation, Inc.*
            *U.S. District Court, District of Massachusetts, C.A. No.: 03-12611-MAP*
            *Plaintiff's 7/20/05 Status Report*

Dear Judge Ponsor:

    On June 7, 2005, the Court issued a Further Pretrial Scheduling Order with respect to the above-captioned matter. The Order mandated, *inter alia*, that the plaintiff's attorney will file a status report on several matters on or before July 22, 2005.

    As of this date, this matter will proceed to trial. All outstanding discovery, including Dr. Striker's narrative report and list of all cases in which he provided testimony within the last four years, and plaintiff's tax records for 2003 and 2004, will be provided on or before August 15, 2005. In addition, plaintiff will sign an authorization for the release of the records of the Railroad Retirement Board which, upon receipt, will be forwarded to defense counsel.

    Thank you for your courtesies in this matter.

                                       Respectfully,

                                       RUDOLPH V. DE GEORGE, II

cc:   Richard A. Davidson, Jr., Esquire
       Ronald M. Davids, Esquire