UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT MERCIER

    V.                                           CA NO 03-12611-MAP

CSX TRANSPORTATION

SETTLEMENT ORDER OF DISMISSAL

    The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

    IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED   October 31, 2005

                                        SARA THORNTON
                                        CLERK

                                /s/Elizabeth A. French
                BY: _____
                                Elizabeth A. French
                                Deputy Clerk