UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. MERCIER,
                    Plaintiff,

v.                                                          Case Number:  03 12611 MAP

CSX TRANSPORTATION, INC.,
                    Defendant.

## STIPULATION OF DISMISSAL

The parties in the above-captioned matter hereby stipulate, pursuant to Fed. R. Civ. P.

41(a)(1)(ii), that all claims against CSX Transportation, Inc. are dismissed with prejudice and

without costs.

Respectfully submitted,
ROBERT F. MERCIER,                          CSX TRANSPORTATION, INC.
by his attorneys,                                   by its attorneys,


 /s/  Rudolph V. De George, II                /s/   Richard A. Davidson, Jr.
Rudolph V. De George, II                      Michael B. Flynn        BBO# 559023
Barish Law Offices, P.C.                       Richard A. Davidson, Jr.   BBO# 552988
Three Parkway, Suite 1320                    FLYNN & ASSOCIATES, PC
1601 Cherry Street                               400 Crown Colony Drive, Suite 200
Philadelphia, PA 19102                         Quincy, MA 02169
(215) 923-8900                                    (617) 773-5500


Dated:  November 15, 2005